Rachel M. Dollar, CSB 199977
rdollar@smithdollar.com
Richard R. Sutherland, CSB 240858
rsutherland@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

JS-6

Attorneys for Plaintiff JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMorgan Chase Bank, National Association, a National Banking Association,<br><br>    Plaintiff,<br>v.<br><br>PMAC Lending Services, Inc., f/k/a Preferred Mortgage Alliance Corporation<br><br>    Defendant. | CASE NO.:  EDCV 13-01148 DMG (DTBX)<br><br>**ORDER OF DISMISSAL [25]** |

Pursuant to the Stipulation of the Parties and good cause appearing, IT IS ORDERED that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  February 14, 2014

_____
DOLLY M. GEE
United States District Judge

